UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number:  25-14094-CIV-MARTINEZ-MAYNARD**

ADAPTIVE MARITIME EXPERTISE, INC.,

     Plaintiff,

v.

STATE OF FLORIDA FISH & WILDLIFE
CONSERVATION COMMISSION,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Honorable Shaniek M. Maynard, United States Magistrate Judge, Report and Recommendation ("R&R") on Plaintiff's *pro se* Complaint for "violation of Constitutional rights, police negligence, and unconstitutional proceedings under Florida Statutes" relating to a vessel owned by Plaintiff that is "predominantly aground." (ECF Nos. 1, 6.) Judge Maynard recommends in the R&R that Plaintiff's Complaint should be dismissed without prejudice for failure to prosecute, failure to comply with Court Order, and failure to state a valid claim. (ECF No. 6.) The Court has reviewed the entire file and record, and notes that no objections have been filed to the R&R. Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the R&R and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the R&R. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016). Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1.     Judge Maynard's R&R, (ECF No. 6), is **AFFIRMED** and **ADOPTED**.

2.     Plaintiff's Complaint, (ECF No. 1), is **DISMISSED** without prejudice for failure to prosecute, failure to comply with Court Order, and failure to state a valid claim.

3.     The Clerk of Court is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _6_ day of June, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
Gunnar Christian Beswick, *pro se*
All Counsel of Record